IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TARIQ MAHMOOD | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv489 |
| | | CRIM NO. 6:13cr32 |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

Movant Tariq Mahmood, a federal prisoner, through counsel, brings this motion to vacate, set aside, or correct his federal sentence pursuant to 28 U.S.C. § 2255. The motion was referred to United States Magistrate Judge, the Honorable John D. Love, for findings of fact, conclusions of law, and recommendations for disposition of the case.

On April 29, 2020, Judge Love issued a Report, (Dkt. #18), recommending that Movant's section 2255 motion be denied, the civil case be dismissed, with prejudice, and that Movant be denied a certificate of appealability *sua sponte*. However, to date, no objections to the Report have been filed.

Because Movant has failed to file objections to Judge Love's Report, he is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243

(1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly, it is

**ORDERED** that the Report of the United States Magistrate Judge, (Dkt. #18), is **ADOPTED** as the opinion of the Court. Further, it is

**ORDERED** that Movant's motion to vacate, set aside, or correct his federal sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and the above-styled civil action is **DISMISSED**, with prejudice. Moreover, it is

**ORDERED** that Movant is **DENIED** a certificate of appealability *sua sponte*. Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**SIGNED** this the 27 day of **May, 2020.**

_____
Thad Heartfield
United States District Judge